IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WEBSTER,

    Plaintiff,                 No. CIV S-07-2109 GEB DAD P

    vs.

SOLANO COUNTY SHERIFF's DEPARTMENT, et al.,

    Defendants.            ORDER
_____/

        Plaintiff, an inmate at Fairfield County Jail, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2007, the court ordered plaintiff to file a new application requesting leave to proceed in forma pauperis because the certificate portion of the form had not been completed and plaintiff did not file a certified copy of his inmate trust account statement.

        On October 29, 2007, plaintiff filed his application; however, the certificate portion of the application was not completed by the proper official at the Fairfield County Jail and plaintiff did not submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint in this action. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted a final opportunity to submit a new application and a certified copy of his inmate trust account statements for the relevant six-month period.

1

1   Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of
2   service of this order, plaintiff shall file a new application requesting leave to proceed in forma
3   pauperis and a certified copy of plaintiff's inmate trust account statements for the six-month
4   period immediately preceding the filing of the complaint in this action.  Plaintiff is cautioned that
5   failure to comply with this order will result in a recommendation that this action be dismissed
6   without prejudice.
7   DATED: November 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
web2109.3c2