IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WEBSTER,

    Plaintiff,                      No. CIV S-07-2109 GEB DAD P

    vs.

SOLANO COUNTY SHERIFF's DEPARTMENT, et al.,

    Defendants.                FINDINGS AND RECOMMENDATIONS

    By an order filed November 13, 2007, plaintiff was ordered to file, within thirty days, a new application to proceed in forma pauperis and a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a new application to proceed in forma pauperis and certified copy of plaintiff's inmate trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  Such a document should be captioned "Objections to Magistrate
2  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
3  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
4  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: January 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:lg
   webs2109.fifp